# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHALESE MARIE SOLINGER,
     Appellant,
vs.
LOUIS C. SCHNEIDER ESQ.,
     Respondent.

No. 81787

FILED

APR 0 8 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order adjudicating an attorney's lien and awarding attorney fees. Eighth Judicial District Court, Family Court Division, Clark County; Cheryl B. Moss, Judge.

Initial review of the docketing statement and documents before this court reveled a potential jurisdictional defect. It appeared that the challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because it does not resolve any claims pending in the underlying district court case. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). In response, appellant asserts that the order is final with respect to the attorney fee issue and the remaining issues pending in the divorce action are collateral to that issue.

A final judgment is one that resolves all issues presented in a matter, leaving nothing for the district court's future consideration except post-judgment issues. *Id.* Appellant acknowledges in her response that the divorce action remains pending in the district court. Thus, the challenged order is not a final judgment. As no other statue or court rules appears to allow an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only

21- 10115

consider appeals authorized by statute or court rule"), this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Stiglich                                            Silver

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Family Court Division, Department I
       Pecos Law Group
       Law Offices of Louis C. Schneider, LLC
       Eighth District Court Clerk